ACCEPTED
15-25-00001-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 1:17 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00001-CV

**COURT OF APPEALS
for the
FIFTEENTH DISTRICT OF TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 1:17:45 PM
CHRISTOPHER A. PRINE
Clerk

**TUSIMPLE HOLDINGS, INC. nka CREATEAI HOLDINGS INC.,**

*Appellant*,

v.

**BOT AUTO TX INC.,**

*Appellee*.

**Appeal from the 11th Judicial District of the Business Court
of Harris County, Texas**
*Honorable Sofia Adrogue, Presiding Judge*

**APPELLEE'S MOTION FOR EXTENSION OF
TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellee Bot Auto TX Inc. ("Bot Auto") files this Motion for Extension of Time to File Appellee's Brief, and respectfully shows the Court as follows:

1. Bot Auto's appellee brief currently is due on March 24, 2025. For the following reasons, Bot Auto respectfully requests a thirty-day extension of time to file its brief, making the new due date April 23, 2025. This is its first request.

2.     The undersigned appellate counsel was not involved in the trial court proceedings and thus needs additional time to become familiar with the underlying record and legal issues.

3.     In addition, Bot Auto's counsel has had and will have other commitments necessitating this extension, including:

   a.     Briefing and a motion to dismiss hearing in the trial court proceeding of this case, *TuSimple Holdings, Inc. nka CreateAI Holdings, Inc.*, No. 24-BC11A-0007, in the Eleventh Judicial District of the Business Court of Harris County;

   b.     Preparing a reply in support of a motion to dismiss due on March 10, 2025, in *P.H. v. CISD et al.*, No. 4:24-CV-00951-P, in the United States District Court for the Northern District of Texas;

   c.     Multiple pretrial deadlines and filings due March 14, 2025 in advance of a pretrial conference and trial setting April 16, 2025 in *Kaiser Aluminum Warrick, LLC v. US Magnesium, LLC*, Case No. 1:22-CV-03105-JGK, in the Southern District of New York;

   d.     Preparing the Brief of Appellant that is due on March 17, 2025, in *Wilemon v. Brownlie*, No. 02-24-00249-CV, in the Court of Appeals for the Second District of Texas in Fort Worth;

   e.     Defending an expert deposition on March 18, 2025 in Naples, Florida, in *US Dominion, Inc., et al. v. Herring Networks, Inc., et al.*, No. 1:21-CV-02130 (CJN), in the United States District Court for the District of Columbia;

   f.     Preparing for a discovery hearing on April 2, 2025 in the trial court proceeding of this case, *TuSimple Holdings, Inc. nka CreateAI Holdings, Inc.*, No. 24-BC11A-0007, in the Eleventh Judicial District of the Business Court of Harris County;

g. Preparing *Daubert* motions that are due on April 10, 2025, in *Roku, Inc. v. AlmondNet, Inc. and IntentIQ, LLC*, No. 21-CV-1035-MN, in the United States District Court for the District of Delaware;

h. Preparing for and participating in the trial of *Robert Reyes v. Cooper Natura Resources, Inc., et al.*, No. 348-324609-21 in the 348th Judicial District Court of Tarrant County, Texas the week of April 7, 2025;

i. Defending an expert deposition on April 8, 2025 in Houston, Texas, in *BioUrja Renewables, LLC v. GOJO Industries, Inc.*, No. 1:23-CV-01280-MMM, in the United States District Court for the Central District of Illinois;

j. Defending an expert deposition on April 10, 2025 in Houston, Texas, in *BioUrja Renewables, LLC v. Buckley Oil Company*, No. 2023-LA-72, in the Circuit Court of the Sixth Judicial Circuit, Macon County, Illinois; and

k. Preparing invalidity contentions due April 11, 2025 in the United States District Court for the Western District of Texas in *Yondr, Inc. v. Be Smarter, LLC and James Guerra*, No. 1:24-CV-01326-RP.

These and other scheduling conflicts respectfully necessitate this request for an extension.

4. Bot Auto respectfully requests that the deadline for filing its Brief of Appellee be extended thirty days, to April 23, 2025. This is Bot Auto's first request for an extension of time to file its Brief of Appellee and is not sought for the purpose of delay.

5. Counsel for Appellant has advised that Appellant does not oppose this requested extension.

For these reasons, Appellee Bot Auto TX Inc. respectfully prays that the Court extend the time to file its Appellee's Brief to April 23, 2025.

Respectfully submitted,

By: */s/ Allison Allman*
Joseph A. Fischer, III, *lead counsel*
tfischer@jw.com
Texas Bar No. 00789292
Leisa Talbert Peschel
lpeschel@jw.com
Texas Bar No. 24060414
Victoria C. Emery
temery@jw.com
Texas Bar No. 24126228
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (713) 752-4530
Fax: (713) 308-4130

– and –

Allison Allman
aallman@jw.com
Texas Bar No. 24094023
777 Main Street, Suite 2100
Jackson Walker LLP
Fort Worth, TX 76102
Tel: (817) 334-7200
Fax: (817) 334-7290

**ATTORNEYS FOR APPELLEE
BOT AUTO TX, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2025, a true and correct copy of the foregoing document was served by electronic service on all counsel of record in accordance with the Texas Rules of Appellate Procedure.

*/s/ Allison Allman*
Allison Allman

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Juana Sauceda on behalf of Joseph Fischer
Bar No. 789292
jsauceda@jw.com
Envelope ID: 98203636
Filing Code Description: Motion
Filing Description: Appellee's Motion for Extension of Time to File Appellee's Brief
Status as of 3/7/2025 1:35 PM CST

Associated Case Party: Bot Auto TX Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole Burkholder | | nburkholder@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Leisa Peschel | 24060414 | lpeschel@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Alli Allman | | aallman@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Joseph AFischer, III | | tfischer@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Victoria Emery | 24126228 | temery@jw.com | 3/7/2025 1:17:45 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Fischer | 789292 | tfischer@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 3/7/2025 1:17:45 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 3/7/2025 1:17:45 PM | SENT |

Associated Case Party: TuSimple Holdings, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cliff PRiley | | criley@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Cliff PRiley | | criley@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Christopher Kratovil | | ckratovil@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 3/7/2025 1:17:45 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Juana Sauceda on behalf of Joseph Fischer
Bar No. 789292
jsauceda@jw.com
Envelope ID: 98203636
Filing Code Description: Motion
Filing Description: Appellee's Motion for Extension of Time to File Appellee's Brief
Status as of 3/7/2025 1:35 PM CST

Associated Case Party: TuSimple Holdings, Inc.

| Isaac Villarreal | | ivillarreal@dykema.com | 3/7/2025 1:17:45 PM | SENT |
|---|---|---|---|---|
| Kathy Lowery | | klowery@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Lina Null | | lnull@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Lina Null | | lnull@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Aaron Kotulek | | akotulek@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Amanda Gordon | | agordon@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Salvador Robles | | SRobles@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Jennifer Schmitt | | jschmitt@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Timothy J.McCarthy | | TMcCarthy@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Kathy Lowery | | klowery@dykema.com | 3/7/2025 1:17:45 PM | SENT |
| Isaac Villarreal | | ivillarreal@dykema.com | 3/7/2025 1:17:45 PM | SENT |